# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br>v.<br><br>Melvin Harris,<br><br>               Defendant. | Case No. 2:19-cr-202-APG-NJK<br><br>**ORDER FOR THE PREPARATION OF A PRE-PLEA PRESENTENCE INVESTIGATION REPORT**<br><br>(ECF No. 21) |

Defendant Melvin Harris's motion for a Pre-Plea Presentence Investigation Report **(ECF No. 21) is GRANTED**. The Probation Office shall prepare and provide to the parties a pre-plea Presentence Report within 90 days.

I FURTHER ORDER Harris's counsel to provide a copy of this order to the Probation Office immediately.

Dated: February 13, 2020.

                                                   _____
                                                   ANDREW P. GORDON
                                                   UNITED STATES DISTRICT JUDGE