# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br>v.<br><br>Melvin Harris,<br><br>           Defendant. | Case No. 2:19-cr-202-APG-NJK<br><br>**ORDER DENYING MOTION FOR TRANSFER**<br><br>(ECF No. 56) |

Defendant Melvin Harris filed a letter, which I will treat as a motion, requesting that he be transferred from state custody to federal custody to serve his sentence. Mr. Harris is represented by counsel, so he is not allowed to file motions on his own. *See* Local Rule IA 11-6 ("Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney.").

I THEREFORE ORDER that Mr. Harris's motion **(ECF No. 56) is denied without prejudice.**

Dated: November 7, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE