# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00202-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| MELVIN HARRIS, | |
| Defendant | |

I ORDER the United States to respond to defendant Melvin Harris's motion to vacate under 28 U.S.C. § 2255 and for compassionate release (ECF Nos. 58, 59) and his letter regarding his time credits (ECF No. 60) by July 21, 2023. Harris may file a reply by August 4, 2023.

DATED this 12th day of July, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE