UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MELVIN HARRIS,<br><br>    Defendant. | Case No. 2:19-cr-00202-APG-NJK<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on September 16, 2024 at the hour of 1:00 p.m., be vacated and continued to September 27, 2024 at the hour of 10:00 a.m. in LV Courtroom 3D.

DATED this 12th day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3