RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Melvin Harris

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MELVIN HARRIS,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00202-APG-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Melvin Harris, that the Revocation Hearing currently scheduled on September 19, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel has been out of the jurisdiction and will be unable to meet with Mr. Harris before the date set for the revocation hearing.

　　　　2.　　Additional time is needed to determine whether this case may be resolved through negotiations.

3. Mr. Harris is in custody.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 12th day of September, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Melanee Smith<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00202-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| MELVIN HARRIS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 19, 2024 at 10:30 a.m., be vacated and continued to October 1, 2024 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 12th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE